UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Nabil Aladimi individually, and as assignee of Sarah Properties, LLC, L.L.C., <br><br>Plaintiff, <br>v. <br><br>State Farm Fire and Casualty Company, <br><br>Defendant. | Court File No.  0:22-cv-01605 (PJS/DTS) <br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, that the above-entitled action may be, and the same hereby is, dismissed with prejudice, as between plaintiff Nabil Aladimi individually, and as assignee of Sarah Properties, LLC, L.L.C., and defendant State Farm Fire and Casualty Company and on the merits, but without further cost to any of the parties hereto.

**IT IS FURTHER STIPULATED AND AGREED** that any party, without notice to another, may cause judgment of dismissal with prejudice, as between plaintiff and defendant and on the merits to be entered herein.

Dated  May 18, 2023             By:   s/Adam C. Hagedorn
                                      Adam C. Hagedorn
                                      Livgard, Lloyd & Christel
                                      PO Box 14906
                                      Minneapolis, MN 55414
                                      Telephone:  (612) 825-7777
                                      ***Attorney for Plaintiff***

2

| | |
|---|---|
| Dated  May 18, 2023 | By:  s/Leatha G. Wolter<br>Leatha G. Wolter (#175614)<br>Laura E. Kuipers (#0392301)<br>Meagher + Geer, P.L.L.P.<br>33 South Sixth Street, Suite 4400<br>Minneapolis, MN  55402<br>Telephone:  (612) 338-0661<br>***Attorneys for Defendant*** |

2