UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Nabil Aladimi, | Case No. 22-cv-1605 (DTS) |
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| State Farm Fire and Casualty Company, | |
| Defendant. | |

Based upon the stipulation for dismissal with prejudice, as between plaintiff and defendant, entered into by the parties and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:** this matter is **DISMISSED WITH PREJUDICE** on the merits, without cost to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 19, 2023                                  s/David T. Schultz
                                                                                      DAVID T. SCHULTZ
                                                                                      U.S. Magistrate Judge