# UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| Nabil Aladimi,<br><br>Plaintiff,<br><br>v.<br><br>State Farm Fire and Casualty Company,<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 22-cv-1605 DTS |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

    this matter is **DISMISSED WITH PREJUDICE** on the merits, without cost to either party.


Date: 5/19/2023                                                                                  KATE M. FOGARTY, CLERK